NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3065

RICHARD T. BOWEN,

Petitioner,

v.

DEPARTMENT OF THE NAVY,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. SF0752090040-I-2.

ON MOTION

ORDER

Upon consideration of the respondent's opposed motion for a 21-day extension of time, until May 27, 2010, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 0 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Ali Mehboob Sachani, Esq.
Allison Kidd-Miller, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 4 2010

JAN HORBALY
CLERK